IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00321-MR
CRIMINAL CASE NO. 1:19-cr-00028-MR-WCM-3

| | |
|---|---|
| WILLIAM LUTHER DOWNS, JR., ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> _____ ) | **ORDER** |

**THIS MATTER** is before the Court *sua sponte*.

The *pro se* Petitioner has filed a Motion to Vacate under 28 U.S.C. § 2255. [Doc. 1]. The Government has filed a Response opposing § 2255 relief. [Doc. 3]. The Petitioner may file a reply to the Response, if he chooses to do so, within fourteen (14) days of this Order.

**IT IS, THEREFORE, ORDERED** that no later than **fourteen (14) days** from the entry of this Order, the Petitioner may file a reply to the Government's Response in opposition to his § 2255 Motion to Vacate.

**IT IS SO ORDERED.**

Signed: February 2, 2022

*Martin Reidinger*
Martin Reidinger
Chief United States District Judge