# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **WILLIAM LUTHER DOWNS JR.,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:21-cv-00321-MR |
| | ) | 1:19-cr-00028-MR-WCM |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 8, 2022 Memorandum of Decision and Order.

March 8, 2022

Frank G. Johns, Clerk
United States District Court